158 A.3d 20

IN THE MATTER OF PAUL J. FORSMAN, AN ATTORNEY
AT LAW (ATTORNEY NO. 023621979)

April 06, 2017

464

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–033, concluding that **PAUL J. FORSMAN,** formerly of **ATLANTIC HIGHLANDS,** who was admitted to the bar of this State in 197 9, and who was transferred to disability inactive status on August 4, 2016, be reprimanded for violating *RPC* 5.5(a)(practicing law while ineligible to do so), and *RPC* 8.4(a)(knowingly violating the *RPC*s);

And the Court having determined from its review of the matter that respondent's violations are *de minimus* and undeserving of formal discipline, and that the formal complaint in District Docket No. VI–2012–0041E, should be dismissed;

And good cause appearing;

It is ORDERED that the formal complaint against **PAUL J. FORSMAN** in District Docket No. VI–2012–0041E, is hereby dismissed.